IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOSEPH YAMRUS,** | : | |
| | : | **CIVIL ACTION** |
| **Plaintiff** | : | |
| | : | |
| | : | NO.    08-2842 |
| | : | |
| **TOWNSHIP OF WASHINGTON, DANIEL C. COTTURO, JR., in his individual capacity, and POLICE OFFICER SCOTT E. MILLER, in his individual capacity,** | : | |
| | : | |
| **Defendants** | : | |

# O R D E R

**AND NOW**, this 20th day of May, 2009, upon consideration of Defendants' Motion for Reconsideration (Documents #14 &15), and plaintiff's response thereto, it is hereby **ORDERED** that the motion is **DENIED**.

BY THE COURT:


  /s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.